# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fisher, D. Michael | U.S. Court of Appeals 3d Cir. | 05/05/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge, Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 5360 U.S.P.O. & Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219-1906 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Circuit Judge | U.S. Court of Appeals, Third Circuit |
| 2. Adjunct Professor | University of Pittsburgh School of Law |
| 3. Trustee | John A. Murphy, Trust B1 |
| 4. Vice President, President and Director | St. Clair Country Club |
| 5. Member, Board of Trustees | University of Pittsburgh |
| 6. Attorney-In-Fact/Power of Attorney | ███████ |
| 7. Executor | Estate ███████ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1975-03 | Pennsylvania State Employees Retirement Fund, Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Pittsburgh School of Law | $ 1,500.00 |
| 2. 2005 | John A. Murphy Trust B2, Trustee Fees | $ 800.00 |
| 3. 2005 | John A. Murphy Trust B1, Trustee Fees | $ 925.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Harcourt Publishing (Consultant) |
| 2. 2005 | Duquesne University (Student-Teacher Supervisor) |
| 3. | |
| 4. | . |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Allegheny County Bar Association | June 16-17, 2005 - Champion, PA; Bench-Bar Conference (Hotel and Meals) |
| 2. Pennsylvania Bar Institute | August 17, 2005 - Harrisburg, PA; Panel Member "Winning Your Case on Appeal" (Mileage and Tolls) |
| 3. Pennsylvania Defense Institute | September 15-16, 2005 - Atlantic City, NJ; Participation in Annual Conference (Hotel and Meals) |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Pittsburgh Medical Center (UPMC) | 6/24/05 Guest, Mario Lemieux Golf Tournament, Nevillewood, PA | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual | Mortgage on Property ████████ | N |
| 2. MBNA | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund | C | Dividend | L | T | | | | | |
| 2. Citizens Bank of Pennsylvania | A | Interest | K | T | | | | | |
| 3. PNC Bank (X) | A | Interest | L | T | | | | | |
| 4. Mass Mutual Flex Extra IRA | | None | | | Transfer | 4/8 | M | | |
| 5. Scudder Investments, Money Market Fund, IRA | | None | J | T | | | | | |
| 6. PA State Employee Retirement Fund | D | Interest | P1 | U | | | | | |
| 7. MML Investor Services, Inc. Rollover IRA | | None | | | Transfer | 4/8 | M | | |
| 8. Lincoln Choice Plus, Annuity IRA | | | N | T | Buy | 4/3 | N | | |
| 9. Sky Financial Group, Inc., Stock | A | Dividend | J | T | | | | | |
| 10. Ameriserve Financial, Stock | | | J | T | | | | | |
| 11. Callon Consolidated Partners, Ltd. - Stock | | | J | T | | | | | |
| 12. Comcast Corporation, Stock (X) | | | K | T | | | | | |
| 13. Legg Mason Value Trust, Mutual Fund (X) | | | L | T | | | | | |
| 14. John A. Murphy Trust B1 | C | Interest | M | T | | | | | |
| 15. -DH Lehman Bros. BL FSB Callable CD | | | L | T | | | | | |
| 16. -Federated High Income Bond Fund | | | K | T | | | | | |
| 17. -Putnam High Yield Trust | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Merrill Lynch CMA Account | C | Interest | J | T | | | | | |
| 19. Power of Atty for ▮▮▮▮▮ Executor of the Estate | E | Int. & Div. | N | T | Deceased | 1/27 | N | | |
| 20. -Legg Mason Value Trust Mutual Fund | | | | | Distributed | 11/21 | M | | |
| 21. -Western Asset Claymore U.S. Tips Fund 2 | | | | | Sell | 4/4 | L | | |
| 22. -Common Stock, AT&T Corp. - New | | | | | Sell | 2/11 | J | | |
| 23. -Common Stock, Comcast Corp. - New | | | | | Distributed | 11/21 | K | | |
| 24. -Common Stock, Duquesne Light Holdings, Inc. | | | | | Sell | 4/4 | J | | |
| 25. -Common Stock, Equitable Resources, Inc. | | | | | Sell | 6/1 | L | | |
| 26. -Common Stock, Qwest Communications, Inc. | | | | | Sell | 2/11 | K | | |
| 27. -Common Stock, Verizon Communications | | | | | Sell | 2/11 | K | | |
| 28. -Legg Mason - Cash | | | | | Distributed | 11/21 | J | | |
| 29. -PNC Bank - Cash | | | | | Distributed | 11/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS and TRUSTS

1. (9) Sky Financial Group, Inc., Stock; (10) Ameriserve Financial, Stock
These stocks had been given to ▮▮▮▮▮▮▮▮▮▮ in prior years and were in both of our names. I overlooked their ownership by us as each was less than $3,000 in value and paid little or no dividends.

2. (11) Callon Consolidated Partners, Ltd. - Stock
This stock, with a value of less than $2,000, has been ▮▮▮▮▮▮▮▮▮▮ I since 1982. It was overlooked as no dividends are paid.

3. I failed to list dates of sale of the following stock owned by ▮▮▮▮▮▮▮▮ in 2004 on last year's report:
   - AT&T Wireless Services, 2/24/04
   - Bell South Corp., 2/24/04
   - SBC Communications, Inc., 2/24/04

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur[e]                                                        Date 5/5/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544